IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) No. CR 06-0644 CRB |
| v. | ) **ORDER EXONERATING BOND** |
| HUYEN VAN VU, | ) |
| Defendant. | ) |

The bond previously posted is hereby EXONERATED. The defendant's passport and any security previously posted may be returned to its owner.

IT IS SO ORDERED.

Dated: June 30, 2010

Honorable Charles R. Breyer
United States District Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

Order Exonerating Bond